UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 99 C 1891 |
| | ) | |
| v. | ) | |
| | ) | Judge Magistrate General |
| ADAM BROWER | ) | |
| | ) | |
| Defendant. | ) | |

## RELEASE OF JUDGMENT LIEN

Judgment was entered for the plaintiff, and against the defendant, in the above-entitled cause in the United States District Court, for the Northern District of Illinois. The judgment in the amount of $14,562.95, having been paid or otherwise satisfied is hereby released. The Clerk of the United States District Court is hereby authorized and empowered to satisfy said judgment of record. The lien recorded at the DuPage County Recorder's Office as document number R1999-263891, on December 27, 1999 is hereby released.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


By: s/ Joseph A. Stewart
  JOSEPH A. STEWART
  Assistant United States Attorney
  219 South Dearborn Street
  Chicago, Illinois  60604
  (312) 469-6008
  joseph.stewart@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

RELEASE OF JUDGMENT LIEN

were served pursuant to the district court's ECF system as to ECF filers, if any, and will be mailed within five business days of this release being filed., to the following non-ECF filers:

Adam Brower
19 West End
Westmont, Illinois 60559

By: s/ Joseph A. Stewart
    JOSEPH A. STEWART
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 469-6008
    joseph.stewart@usdoj.gov